UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANIKA JOSEPH,

                Plaintiff,

-against-

ALISON BAKER, JOHN WAGNER,

                Defendants.

24-CV-3365 (LTS)

CIVIL JUDGMENT

    By order dated August 19, 2024, the Court dismissed this action for failure to state a claim on which relief may be granted, but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. Plaintiff has not filed an amended complaint.

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 29, 2024
           New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge